**In the Matter of David Lynn LOWANS.**

**No. 185 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

April 24, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 24th day of April, 1996, David Lynn Lowans having been suspended from the practice of law in the District of Columbia for a period of thirty days by Order of the District of Columbia Court of Appeals filed August 10, 1995; the said David Lynn Lowans having been directed on March 1, 1996, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that David Lynn Lowans is suspended from the practice of law in this Commonwealth for a period of thirty days.

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Oliver Ebner MATTAS, Jr., Respondent.**

**No. 207 Disciplinary Docket No. 3.
Disciplinary Board No. 32 DB 95.**

Supreme Court of Pennsylvania.

April 24, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 24th day of April, 1996, there having been filed with this Court by Oliver Ebner Mattas, Jr., his verified Statement of Resignation dated March 25, 1996, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Oliver Ebner Mattas, Jr., be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.